# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144613 & (25)(26)(27)

ADRIANA LEE, Personal Representative
of the Estate of RUFUS YOUNG, JR.,
          Plaintiff-Appellee,

v

DETROIT MEDICAL CENTER and
CHILDREN'S HOSPITAL OF MICHIGAN,
          Defendants-Appellants.

SC: 144613
COA: 307164
Wayne CC: 08-104936-NH

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2012

_____
Clerk

d0320